UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XL SPECIALTY INSURANCE COMPANY

Plaintiff,

-v-

JOHN D. AGOGLIA, et al.

Defendant.

 

Case No. 3821

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

XL SPECIALTY INSURANCE COMPANY  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

XL Capital Ltd., which is organized under the laws of the Cayman Islands and trades on the New York Stock Exchange (Symbol: XL)

RECEIVED APR 22 2008 U.S.D.C. S.D.N.Y. CASHIERS

**Date:** 4/22/2008

**Signature of Attorney**

**Attorney Bar Code:** JS-8944

Form Rule7_1.pdf  SDNY Web 10/2007