UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,　　　:

            Plaintiff,　　　:

    v.　　　:

            　　　:   No. 08-CV-3821 (GEL)
JOHN D. AGOGLIA, et al.,　　　:
            　　　:   **STIPULATION**

           Defendants.　　　:
------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

    1.  William Flemming, Esq., Gage Spencer & Flemming, LLP, as counsel for Defendants John D. Agoglia and Peter McCarthy (the "Stipulating Defendant(s)"), is authorized to accept, and has accepted, service of process of the Summons and Complaint in the above-captioned matter on behalf of the Stipulating Defendant(s).

    2.  For the purpose of Fed. R. Civ. P. 4(l) this Stipulation constitutes proof of service.

    3.  The time for the Stipulating Defendant(s) to answer, move or otherwise respond to the Complaint is extended to and including June 23, 2008.



4. A signed copy of this Stipulation transmitted by electronic means will be deemed an original and may be so-filed with the Court.

Dated:   New York, New York
         May 2⁄, 2008

| GAGE SPENCER & FLEMMING, LLP | BOUNDAS, SKARZYNSKI, WALSH & BLACK LLC |
|---|---|
| By: _____ | By: _____ |
| William Flemming (WF-0411) | Ari R. Magedoff (AM-1117) |
| 410 Park Avenue – 9th Fl. | One Battery Park Plaza, 32nd Floor |
| New York, New York 10022 | New York, NY 10004 |
| (212) 768-4900 | (212) 820-7700 |
| Attorneys for Defendant(s) | Attorneys for Plaintiff |
| John D. Agoglia | XL Specialty Insurance Company |
| Peter McCarthy | |

IT IS SO ORDERED:

_____
U.S.D.J.
6/19/08