UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,   :
                                  :
                  Plaintiff,      :
                                  :
        v.                        :
                                  :   No. 08-CV-3821 (GEL)
JOHN D. AGOGLIA, et al.,          :
                                  :   **STIPULATION**
                                  :
                  Defendants.     :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1. William A. Schreiner, Esq., Zuckerman Spaeder, LLP, as counsel for Defendant Tone N. Grant (the "Stipulating Defendant(s)"), is authorized to accept, and has accepted, service of process of the Summons and Complaint in the above-captioned matter on behalf of the Stipulating Defendant(s).

2. For the purpose of Fed. R. Civ. P. 4(l) this Stipulation constitutes proof of service.

3. The time for the Stipulating Defendant(s) to answer, move or otherwise respond to the Complaint is extended to and including June 23, 2008.

4.  A signed copy of this Stipulation transmitted by electronic means will be deemed an original and may be so-filed with the Court.

Dated:   New York, New York
         May 30, 2008

ZUCKERMAN SPAEDER, LLP

By: _____
William A. Schreiner (WS-1327)
1800 M Street, NW Suite 1000
Washington, DC 20036-5807
(202) 778-1800

Attorneys for Defendant
Tone N. Grant

BOUNDAS, SKARZYNSKI, WALSH &
BLACK LLC

By: _____
Ari R. Magedoff (AM-1117)
One Battery Park Plaza, 32nd Floor
New York, NY 10004
(212) 820-7700

Attorneys for Plaintiff
XL Specialty Insurance Company

IT IS SO ORDERED:

_____
U.S.D.J.
6/18/08