UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,

                Plaintiff,

      v.

JOHN D. AGOGLIA, et al.,

                Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

No. 08-CV-3821 (GEL)

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

      1.    Ivan Kline, Esq., Friedman & Wittenstein, A Professional Corporation, as counsel for Defendants William M. Sexton and Gerald Sherer (the "Stipulating Defendant(s)"), is authorized to accept, and has accepted, service of process of the Summons and Complaint in the above-captioned matter on behalf of the Stipulating Defendant(s).

      2.    For the purpose of Fed. R. Civ. P. 4(l) this Stipulation constitutes proof of service.

      3.    The time for the Stipulating Defendant(s) to answer, move or otherwise respond to the Complaint is extended to and including June 23, 2008.

4. A signed copy of this Stipulation transmitted by electronic means will be deemed an original and may be so-filed with the Court.

Dated:   New York, New York
         May 28, 2008

FRIEDMAN & WITTENSTEIN, P.C.

By: _____
    Ivan Kline (IK 4591)
600 Lexington Avenue
New York, New York 10022
(212) 750-8700

Attorneys for Defendant(s)
William M. Sexton and Gerald Sherer

BOUNDAS, SKARZYNSKI, WALSH & BLACK LLC

By: _____
    Ari R. Magedoff (AM-1117)
One Battery Park Plaza, 32nd Floor
New York, NY 10004
(212) 820-7700

Attorneys for Plaintiff
XL Specialty Insurance Company


IT IS SO ORDERED:

_____
U.S.D.J.
    6/19/08

2