UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,                :
                                               :
                              Plaintiff,       :
                                               :
        v.                                     :
                                               :    No. 08-CV-3821 (GEL)
JOHN D. AGOGLIA, et al.,                        :
                                               :    **STIPULATION**
                                               :
                              Defendants.       :
-------------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/19/08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1.    Helen Kim, Esq., Katten Muchin Rosenman, LLP, as counsel for Defendant Dennis A. Klejna (the "Stipulating Defendant(s)"), is authorized to accept, and has accepted, service of process of the Summons and Complaint in the above-captioned matter on behalf of the Stipulating Defendant(s).

2.    For the purpose of Fed. R. Civ. P. 4(l) this Stipulation constitutes proof of service.

3.    The time for the Stipulating Defendant(s) to answer, move or otherwise respond to the Complaint is extended to and including June 23, 2008.

4.    A signed copy of this Stipulation transmitted by electronic means will be

deemed an original and may be so-filed with the Court.

Dated:        New York, New York
              June 12, 2008

KATTEN MUCHIN ROSENMAN, LLP

By: _____
     Helen Kim (HK 8757)
2029 Century Park East
Suite 2600
Los Angeles, CA 90067
(310) 788-4400

Attorneys for Defendant
Dennis A. Klejna

BOUNDAS, SKARZYNSKI WALSH &
   BLACK LLC

By: _____
     Ari R. Magedoff (AM-1117)
One Battery Park Plaza, 32nd Floor
New York, NY 10004
(212) 820-7700

Attorneys for Plaintiff
XL Specialty Insurance Company

IT IS SO ORDERED:

_____
U.S.D.J.
     6/19/08

2