UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
XL SPECIALTY INSURANCE COMPANY,     :
                                    :
        Plaintiff,                  :
                                    :    **Electronically Filed**
        v.                          :
                                    :    No. 08-CV-3821 (GEL)
JOHN D. AGOGLIA, PHILLIP R. BENNETT, :
LEO R. BEITMAN, EDWIN L. COX,       :
SUKHMEET DHILLON, THOMAS H.         :
DITTMER, NATHAN GANTCHER,           :
STEPHEN GRADY, TONE GRANT,          :
THOMAS HACKL, DAVID V. HARKINS,     :
SCOTT L. JAECKEL, DENNIS A. KLEJNA, :
THOMAS H. LEE, ERIC G. LIPOFF, SANTO :
C. MAGGIO, PETER MCCARTHY, JOSEPH  :
MURPHY, FRANK MUTTERER, RONALD L.   :
O'KELLEY, RICHARD N. OUTRIDGE,      :
SCOTT A. SCHOEN, WILLIAM M. SEXTON, :
GERALD SHERER, PHILIP SILVERMAN,    :
AND ROBERT C. TROSTEN,              :
                                    :
        Defendants.                 :
-------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ivan Kline of Friedman & Wittenstein, A Professional Corporation, with offices located at 600 Lexington Avenue, New York, New York 10022, hereby appears on behalf of defendants William M. Sexton and Gerald Sherer in the above-captioned action.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
      June 25, 2008

                        **FRIEDMAN & WITTENSTEIN**
                        **A Professional Corporation**


                        By:   /s/ Ivan Kline
                                  Ivan Kline (IK-9591)

                                  600 Lexington Avenue
                                  New York, New York 10022
                                  Telephone:   (212) 750-8700
                                  Facsimile:    (212) 223-8391

                                  *Attorneys for Defendants William M. Sexton*
                                  *and Gerald Sherer*