UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
XL SPECIALTY INSURANCE COMPANY,

                Plaintiff,

      v.

JOHN D. AGOGLIA, et al.,

                Defendants.
-------------------------------------------------------

Case No. 08-CV-3821 (GEL)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties herein, that:

1. The time for all defendants, who have been served or who have waived service, to answer, move or otherwise respond to the Complaint in the above-captioned action is hereby extended to and including July 14, 2008;

2. A signed copy of this Stipulation transmitted by electronic means will be deemed an original and may be so-filed with the Court.

Dated: June 20, 2008
       New York, New York

BOUNDAS, SKARZYNSKI, WALSH & BLACK LLC

By: _____
Ari R. Magedoff (AM-1117)
One Battery Park Plaza, 32nd Floor
New York, New York 10004
Tel: (212) 820-7700

*Attorneys for Plaintiff XL Specialty Insurance Company*

ZUCKERMAN SPAEDER LLP

By: _____
Norman L. Eisen
Laura E. Neish (LN-0040)
1540 Broadway, Suite 1604
New York, New York 10036
Tel.: (212) 704-9600

*Attorneys for Defendant Tone N. Grant*

1861126.1

GAGE SPENCER & FLEMING, LLP

By: /s/ William Fleming
William Fleming (WF-0411)
410 Park Avenue, 9th Floor
New York, New York 10022
Tel: (212) 768-4900

*Attorneys for Defendant John D. Agoglia and Peter McCarthy*

HELLER EHRMAN LLP

By: /s/ Richard Cashman
Richard Cashman (RC-4769)
Time Square Tower
7 Time Square
New York, New York 10036
Tel: (212) 832-8300

*Attorneys for Defendant Philip Silverman*

KATTEN MUCHIN ROSENMAN, LLP

By: /s/ Helen Kim
Helen Kim (HK-8757)
2029 Century Park East
Suite 2600
Los Angeles, CA 90067
(310) 788-4400

*Attorneys for Defendant Dennis A. Klejna*

FRIEDMAN & WITTENSTEIN,
A Professional Corporation

By: /s/ Ivan Kline
Ivan Kline (IK-4591)
600 Lexington Avenue
New York, New York 10022
Tel: (212) 750-8700

*Attorneys for Defendants William M. Sexton and Gerald Sherer*

PROSKAUER ROSE, LLP

By: /s/ Claire Gutekunst
Claire P. Gutekunst (CG-0117)
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000

*Attorneys for Defendant Richard N. Outridge*

WEIL, GOTSHAL & MANGES LLP

By: /s/ Michael Walsh
Greg A. Danilow (GD-1621)
Michael F. Walsh (MW-8000)
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000

*Attorneys for Defendants Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Joseph Murphy, Ronald L. O'Kelley and Scott A. Schoen*

1861126.1

| | |
|---|---|
| GIBBONS P.C. | NEAL GERBER & EISENBERG, LLP |
| By: *[signature]* | By: _____ |
| Lawrence S. Lustberg ( ) | Thomas C. Wolford ( ) |
| One Gateway Center | 2 North LaSalle Street |
| Newark, NJ 07102 | Chicago, IL 60602 |
| (973) 596-4731 | (312) 269-8000 |
| *Attorneys for Defendant Frank Mutterer* | *Attorneys for Defendant Thomas H. Dittmer* |

IT SO ORDERED:

*[signature]*

Gerard E. Lynch, United States District Judge

6/24/08

1861126.1