UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

XL SPECIALTY INSURANCE COMPANY,                    Case No. 08-CV-3821 (GEL)

                          Plaintiff,

           v.                                      **NOTICE OF MOTION
                                                   TO ADMIT COUNSEL
JOHN D. AGOGLIA, et al.,                           *PRO HAC VICE*

                          Defendants.
-----------------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the annexed Affirmation of Laura E. Neish, Esq., in

support of this motion, and the Declaration of Norman L. Eisen and Certificates of Good

Standing annexed thereto, Laura E. Neish, an attorney duly admitted to practice in this Court,

hereby moves this Court, on behalf of defendant Tone Grant, for an Order granting the admission

*pro hac vice* of Norman L. Eisen, Esq., to argue or try the above-referenced case, in whole or in

part.

Dated: June 26, 2008
       New York, New York

                          Respectfully submitted,

                          Laura E. Neish (LN-0040)
                          Zuckerman Spaeder LLP
                          1540 Broadway, Suite 1604
                          New York, New York 10036
                          Tel: 212-704-9600
                          Fax: 212-704-4256
                          lneish@zuckerman.com

                          *Attorneys for Defendant Tone Grant*

1862053.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

XL SPECIALTY INSURANCE COMPANY,       Case No. 08-CV-3821 (GEL)

                     Plaintiff,

              v.                                  **AFFIRMATION OF LAURA E. NEISH IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

JOHN D. AGOGLIA, et al.,

                     Defendants.

-----------------------------------------------------------------------X

STATE OF NEW YORK        )
                              ) ss.:
COUNTY OF NEW YORK    )

       LAURA E. NEISH hereby affirms and states:

       1.       I am an attorney at law, duly admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York.

       2.       I am associated with the firm of Zuckerman Spaeder LLP, which represents Defendant Tone Grant in the above-referenced matter.

       3.       I am fully familiar with all of the relevant facts and circumstances herein.

       4.       I respectfully submit this affirmation in support of the accompanying motion to admit Norman L. Eisen to practice *pro hac vice*, on behalf of Defendant Tone Grant, in the above-captioned matter.

       5.       Mr. Eisen is a partner at Zuckerman Spaeder LLP, 1800 M Street NW, Washington, DC 20036, where he practices in the areas of complex civil litigation, securities litigation, and bankruptcy. Mr. Eisen is duly admitted to practice in the courts of Maryland and the District of Columbia. There are no pending disciplinary proceedings against Mr. Eisen in any

State or Federal court.

6.      Mr. Eisen has been engaged to represent Tone Grant in the above-referenced matter.

7.      The Declaration of Mr. Eisen is attached hereto as Exhibit A.  Certificates of Good Standing from the Court of Appeals of Maryland and the District of Columbia Court of Appeals are attached hereto as Exhibit B.  Mr. Eisen is prepared to comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York as well as the Individual Practices of this Court.

8.      Accordingly, I respectfully request that this Court permit Norman L. Eisen to appear pro hac vice on behalf of Tone Grant in connection with the above-captioned matter.

Dated: June 26, 2008
       New York, New York

Respectfully submitted,

Laura E. Neish (LN-0040)
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, New York 10036
Tel: 212-704-9600
Fax: 212-704-4256
lneish@zuckerman.com
*Attorneys for Defendant Tone Grant*

2

1862053.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

XL SPECIALTY INSURANCE COMPANY,                    Case No. 08-CV-3821 (GEL)

                                Plaintiff,

                                                   **DECLARATION OF
                v.                                 NORMAN L. EISEN IN
                                                   SUPPORT OF MOTION FOR
JOHN D. AGOGLIA, et al.,                            ADMISSION *PRO HAC VICE***

                                Defendants.
-----------------------------------------------------------------------X

      NORMAN L. EISEN, pursuant to 28 U.S.C. § 1746, hereby declares the following under penalty of perjury:

      1.     I am a partner at the law firm of Zuckerman Spaeder LLP, 1800 M Street NW, Washington, DC 20036, where I practice in the areas of complex civil litigation, securities litigation, and bankruptcy. I have been engaged to represent Defendant Tone Grant in the above-captioned matter.

      2.     I submit this Declaration in support of the accompanying motion for admission to appear pro hac vice on behalf of Mr. Grant in this matter.

      3.     As indicated in the Certificates of Good Standing attached hereto, I am an attorney duly admitted to practice in the courts of the State of Maryland and the District of Columbia.

      4.     There are no pending disciplinary proceedings against me in any State or Federal court. I am prepared to comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York as well as the Individual Practices of this Court.

5.    Accordingly, I respectfully request that I be permitted to appear pro hac vice on behalf of Tone Grant in the above-captioned matter.

Executed this 25ᵗʰ day of June 2008

Norman L. Eisen

1862053.1

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland,
do hereby certify that on the seventeenth day of December, 1991,*

## Norman L. Eisen

*having first taken and subscribed the oath prescribed by the Constitution and
Laws of this State, was admitted as an attorney of said Court, is now in good
standing, and as such is entitled to practice law in any of the Courts of said
State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto
set my hand as Clerk, and affixed the Seal
of the Court of Appeals of Maryland, this
fourth day of June, 2008.*

*Bessie M. Decker*
_____
*Clerk of the Court of Appeals of Maryland*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

        NORMAN L. EISEN

was on the   13TH   day of    NOVEMBER, 1992

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

        In Testimony Whereof, I have
        hereunto subscribed my name
        and affixed the seal of this
        Court at the City of
        Washington, D.C., on June 4,
        2008.

        GARLAND PINKSTON, JR., CLERK

By:                
             Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

XL SPECIALTY INSURANCE COMPANY,                    Case No. 08-CV-3821 (GEL)

                                    Plaintiff,

                    v.                             **ORDER FOR ADMISSION**
                                                   ***PRO HAC VICE* ON**
JOHN D. AGOGLIA, et al.,                           <u>**WRITTEN MOTION**</u>

                                    Defendants.
------------------------------------------------------------------------X

Upon the motion of Laura E. Neish, attorney for defendant Tone Grant, and Laura Neish's

affirmation in support:

**IT IS HEREBY ORDERED** that

                Norman L. Eisen
                Zuckerman Spaeder LLP
                1800 M Street, N.W., Suite 1000
                Washington, D.C., 20036
                Tel.: 202-778-1800
                Fax: 202-822-8106
                neisen@zuckerman.com

is admitted to practice *pro hac vice* as counsel for defendant Tone Grant in the above captioned

case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel

shall forward the *pro hac vice* fee to the Clerk of Court.

1862053.1

Dated: June ___, 2008
      New York, New York

                                   _____

                                   Honorable Gerard E. Lynch
                                   United States District Court Judge

1862053.1

## CERTIFICATE OF SERVICE

I, Jer-Wei Chen, hereby certify that on June 26, 2008, I caused a true and correct copy of

the Notice of Motion to Admit Counsel *Pro Hac Vice* and Affirmation of Laura E. Neish in

Support of Motion to Admit Counsel *Pro Hac Vice* to be served upon the following parties via

first-class mail:

Ari R. Magedoff, Esq.
BOUNDAS, SKARZYNSKI, WALSH &
  BLACK LLC
One Battery Park Plaza, 32nd Floor
New York, New York 10004
Tel: (212) 820-7700

*Attorneys for Plaintiff XL Specialty Insurance
Company*

Ivan Kline, Esq.
FRIEDMAN & WITTENSTEIN,
A Professional Corporation
600 Lexington Avenue
New York, New York 10022
Tel: (212) 750-8700

*Attorneys for Defendants William M. Sexton
and Gerald Sherer*

Claire P. Gutekunst, Esq.
PROSKAUER ROSE, LLP
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000

*Attorneys for Defendant Richard N. Outridge*

William Fleming, Esq.
GAGE SPENCER & FLEMING, LLP
410 Park Avenue, 9th Floor
New York, New York 10022
Tel: (212) 768-4900

*Attorneys for Defendant John D. Agoglia and
Peter McCarthy*

Richard Cashman, Esq.
HELLER EHRMAN LLP
Time Square Tower
7 Time Square
New York, New York 10036
Tel: (212) 832-8300

*Attorneys for Defendant Philip Silverman*

Helen Kim, Esq.
KATTEN MUCHIN ROSENMAN, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(310) 788-4400

*Attorneys for Defendant Dennis A. Klejna*

1866835.1

Lawrence S. Lustberg, Esq.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
(973) 596-4731

*Attorneys for Defendant Frank Mutterer*

Thomas C. Wolford, Esq.
NEAL GERBER & EISENBERG, LLP
2 North LaSalle Street
Chicago, IL 60602
(312) 269-8000

*Attorneys for Defendant Thomas H. Dittmer*

Greg A. Danilow, Esq.
Michael F. Walsh, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000

*Attorneys for Defendants Leo R. Breitman,*
*Nathan Gantcher, David V. Harkins, Scott L.*
*Jaeckel, Thomas H. Lee, Joseph Murphy,*
*Ronald L. O'Kelley and Scott A. Schoen*

s/ Jer-Wei Chen
Jer-Wei Chen

2

1866835.1