HELEN B. KIM (HK-8757)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:   310-788-4525
Facsimile:   310-788-4471

PHILIP A. NEMECEK (PN-3319)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone:   212-940-8834
Facsimile:   212-940-8776

*Attorneys for Defendant Dennis A. Klejna*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

XL SPECIALTY INSURANCE COMPANY,         :   Case No. 08-cv-03821 (GEL)

                    Plaintiff,                       :

            v.                                        :

                                                      :   **NOTICE OF APPEARANCE**

JOHN D. AGOGLIA, et al.,                 :

                                                      :

                    Defendants.                 :
-------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as lead counsel for Defendant Dennis A. Klejna in the within-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated:  July 2, 2008

                                        Respectfully submitted,

                                        HELEN B. KIM (HK-8757)
                                        KATTEN MUCHIN ROSENMAN LLP

                                        /s/ Helen B. Kim
                                        2029 Century Park East, Suite 2600
                                        Los Angeles, CA 90068
                                        Telephone: 310-788-4525
                                        Facsimile:  310-788-4471
                                        Email:  helen.kim@kattenlaw.com
                                        *Attorneys for Defendant Dennis A. Klejna*

84306740