HELEN B. KIM (HK-8757)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:   310-788-4525
Facsimile:   310-788-4471

PHILIP A. NEMECEK (PN-3319)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY  10022-2585
Telephone:   212-940-8834
Facsimile:   212-940-8776

*Attorneys for Defendant Dennis A. Klejna*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

XL SPECIALTY INSURANCE COMPANY,      :   Case No. 08-cv-03821 (GEL)
                                     :
                    Plaintiff,       :
       v.                            :
                                     :   **NOTICE OF APPEARANCE**
JOHN D. AGOGLIA, et al.,             :
                                     :
                    Defendants.      :
------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that the undersigned hereby appears co-counsel for Defendant Dennis A. Klejna in the within-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       July 2, 2008

                              Respectfully submitted,

                              PHILIP A. NEMECEK (PN-3319)
                              KATTEN MUCHIN ROSENMAN LLP

                              /s/ Philip A. Nemecek
                              _____

                              575 Madison Avenue
                              New York, NY  10022-2585
                              Telephone: 212-940-8834
                              Facsimile: 212-940-8776
                              Email:  philip.nemecek@kattenlaw.com
                              *Attorneys for Defendant Dennis A. Klejna*

84306743