**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

| | | |
|---|---|---|
| XL SPECIALTY INSURANCE COMPANY, | : | Case No. 08-CV-3821 (GEL) |
| | : | |
| Plaintiff, | : | |
| | : | *Electronically Filed* |
| v. | : | |
| | : | |
| JOHN D. AGOGLIA, et al., | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP has been retained to represent Defendant Tone Grant in the above-referenced matter.  Undersigned counsel, an associate with Zuckerman Spaeder LLP, was admitted to practice in this district on August 13, 2003.

DATED:   July 10, 2008
            New York, New York

                                                        Respectfully submitted,

                                                        s/Laura Neish
                                                        Laura Neish (LN-0040)
                                                        ZUCKERMAN SPAEDER LLP
                                                        1540 Broadway, Suite 1604
                                                        New York, NY 10036
                                                        Tel: 212-704-9600
                                                        Fax: 212-704-4256
                                                        lneish@zuckerman.com

1862099.1