**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,  :  Case No. 08-CV-3821 (GEL)
                                 :
            Plaintiff,           :
                                 :  *Electronically Filed*
      v.                         :
                                 :
JOHN D. AGOGLIA, et al.,         :
                                 :
            Defendants.          :
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP represents Defendant Tone Grant in the above-referenced matter.  Undersigned counsel, a partner with Zuckerman Spaeder LLP, was admitted *pro hac vice* pursuant to Order entered on July 9, 2008.

DATED:   July 11, 2008
         New York, New York

                                    Respectfully submitted,

                                    s/Norman L. Eisen
                                    Norman L. Eisen (admitted *pro hac vice*)
                                    ZUCKERMAN SPAEDER LLP
                                    1800 M Street, N.W., Suite 1000
                                    Washington, D.C. 20036
                                    Tel: 202-778-1800
                                    Fax: 202-822-8106
                                    neisen@zuckerman.com

1877466.1