**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ----------------------------------------------------------- | X | |
| XL SPECIALTY INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | No. 08-CV-3821 (GEL) |
| | : | |
| v. | : | *Electronically Filed* |
| | : | |
| JOHN D. AGOGLIA, PHILLIP R. BENNETT, | : | |
| LEO R. BEITMAN, EDWIN L. COX, | : | |
| SUKHMEET DHILLON, THOMAS H. | : | |
| DITTMER, NATHAN GANTCHER, | : | |
| STEPHEN GRADY, TONE GRANT, | : | |
| THOMAS HACKL, DAVID V. HARKINS, | : | |
| SCOTT L. JAECKEL, DENNIS A. KLEJNA, | : | |
| THOMAS H. LEE, ERIC G. LIPOFF, SANTO | : | |
| C. MAGGIO, PETER MCCARTHY, JOSEPH | : | |
| MURPHY, FRANK MUTTERER, RONALD | : | |
| L. O'KELLEY, RICHARD N. OUTRIDGE, | : | |
| SCOTT A. SCHOEN, WILLIAM M. | : | |
| SEXTON, GERALD SHERER, PHILIP | : | |
| SILVERMAN, AND ROBERT C. TROSTEN, | : | |
| | : | |
| Defendants. | : | |
| ----------------------------------------------------------- | X | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendant

Richard N. Outridge in the above-captioned action and requests that a copy of all future papers

related to this action be served upon the undersigned at the address stated below.

1

Dated: New York, New York
      July 11, 2008

                                    PROSKAUER ROSE LLP

                                    By: *Claire P. Gutekunst*
                                        Claire P. Gutekunst

                                    1585 Broadway
                                    New York, New York  10036-8299
                                    (212) 969-3000
                                    (212) 969-2900 (facsimile)
                                    cgutekunst@proskauer.com

                                    *Attorneys for Defendant Richard N. Outridge*

2