UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN D. AGOGLIA, PHILLIP R. BENNETT, LEO R. BEITMAN, EDWIN L. COX, SUKHMEET DHILLON, THOMAS H. DITTMER, NATHAN GANTCHER, STEPHEN GRADY, TONE GRANT, THOMAS HACKL, DAVID V. HARKINS, SCOTT L. JAECKEL, DENNIS A. KLEJNA, THOMAS H. LEE, ERIC G. LIPOFF, SANTO C. MAGGIO, PETER MCCARTHY, JOSEPH MURPHY, FRANK MUTTERER, RONALD L. O'KELLEY, RICHARD N. OUTRIDGE, SCOTT A. SCHOEN, WILLIAM M. SEXTON, GERALD SHERER, PHILIP SILVERMAN, AND ROBERT C. TROSTEN,<br><br>Defendants. | No. 08-CV-3821 (GEL)<br><br>*Electronically Filed* |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendant Richard N. Outridge in the above-captioned action and requests that a copy of all future papers related to this action be served upon the undersigned at the address stated below.

1

Dated: New York, New York
      July 11, 2008

                                    PROSKAUER ROSE LLP

                                    By: _____
                                        Jessica Mastrogiovanni

                                    1585 Broadway
                                    New York, New York  10036-8299
                                    (212) 969-3000
                                    (212) 969-2900 (facsimile)
                                    jmastrogiovanni@proskauer.com

                                    *Attorneys for Defendant Richard N. Outridge*

2