UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

XL SPECIALTY INSURANCE COMPANY

                      Plaintiff

    v

JOHN D. AGOGLIA, et,al.

                      Defendant.
_____

AFFIDAVIT OF SERVICE

No. 08-cv-3821 (GEL)

STATE OF NEW YORK    )
                              ss.:
COUNTY OF NEW YORK  )

        Anthony Lopez, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age and reside in Union County New Jersey.

    2. On July 11, 2008 I served by Mail the NOTICE OF APPEARRANCE'S of Claire Gutekunst and Jessica Mastrogiovanni upon James A. Skazynski, James T. Sandnes and Jill M. Levy of the firm Boundas, Skarzynski, Walsh & Black at 1 Battery Park Plaza, New York NY 10004

    3. Said service was made by depositing a true copy (ies) of said document(s) enclosed in a prepaid, sealed wrapper(s), properly addressed to the above named party(ies) in an official depository under the exclusive care and custody of United States Postal Service, within the State of New York.

Sworn to before me this
11th day of July, 2008

_____
Notary Public

JOHN G. FLEMING, JR.
Notary Public, State of New York
No. 01FL6072661
Qualified in New York County
Commission Expires April 8, 2010

                                         Anthony Lopez
                                         License No. 0845031