AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

## APPEARANCE

Case Number:  08-CV-3821 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L.
O'Kelley, and Scott A. Schoen

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/11/2008 | _Signature_ |
| Date | |
| | Greg A. Danilow          GD-1621 |
| | Print Name          Bar Number |
| | Weil, Gotshal & Manges LLP, 767 Fifth Avenue |
| | Address |
| | New York          NY          10153 |
| | City          State          Zip Code |
| | (212) 310-8182          (212) 310-8007 |
| | Phone Number          Fax Number |