AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern             DISTRICT OF              New York

**APPEARANCE**

Case Number:  08-CV-3821 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/11/2008 | *signature* |
| Date | Signature |
| | Michael F. Walsh — MW-8000 |
| | Print Name — Bar Number |
| | Weil, Gotshal & Manges LLP, 767 Fifth Avenue |
| | Address |
| | New York — NY — 10153 |
| | City — State — Zip Code |
| | (212) 310-8197 — (212) 310-8007 |
| | Phone Number — Fax Number |