UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                                                          :

XL SPECIALTY INSURANCE COMPANY,   :

            Plaintiff,                          :
     v.                                       :

JOHN D. AGOGLIA, PHILLIP R.               :   No. 08-CV-3821 (GEL)
BENNETT, LEO R. BEITMAN, EDWIN L.   :   *Electronically Filed*
COX, SUKHMEET DHILLON, THOMAS     :
H. DITTMER, NATHAN GANTCHER,       :
STEPHEN GRADY, TONE GRANT,          :
THOMAS HACKL, DAVID V. HARKINS,   :
SCOTT L. JAECKEL, DENNIS A. KLEJNA, :   **NOTICE OF APPEARANCE**
THOMAS H. LEE, ERIC G. LIPOFF,       :
SANTO C. MAGGIO, PETER MCCARTHY, :
JOSEPH MURPHY, FRANK MUTTERER,   :
RONALD L. O'KELLEY, RICHARD N.     :
OUTRIDGE, SCOTT A. SCHOEN,          :
WILLIAM M. SEXTON, GERALD            :
SHERER, PHILIP SILVERMAN, AND     :
ROBERT C. TROSTEN,                     :
                                           :
           Defendants.                     :

------------------------------------------------------- x

To the Clerk of the Court and all parties of record:

        PLEASE TAKE NOTICE that Richard Cashman, a member of good standing in this Court, hereby appears on behalf of Defendant Philip Silverman in the above-captioned action, and demands that all pleadings, notices, orders, correspondence,

and other papers in connection with this action be served upon him at the address stated below.

Dated: July 14, 2008
New York, New York

          HELLER EHRMAN LLP

          By:   /s/ Richard Cashman
                Richard Cashman (RC-4769)

                Times Square Tower
                7 Times Square
                New York, New York 10036
                Telephone:   (212) 832-8300
                Facsimile:    (212) 763-7600

          *Attorneys for Defendant Philip Silverman*