AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____    DISTRICT OF    _____NEW YORK_____

## APPEARANCE

Case Number:  08-CV-3821 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

XL SPECIALTY INSURANCE CO.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/15/2008 | |
| Date | Signature |
| | ARI R. MAGEDOFF                          AM-1117 |
| | Print Name                                    Bar Number |
| | 1 BATTERY PARK PLAZA, 32ND FLOOR |
| | Address |
| | NEW YORK          NY          10004 |
| | City          State          Zip Code |
| | (212) 820-7700          (212) 820-7700 |
| | Phone Number          Fax Number |