James T. Sandnes (JS-8944)
Ari R. Magedoff (AM-1117)
BOUNDAS, SKARZYNSKI,
   WALSH & BLACK LLC
One Battery Park Plaza
New York, New York 10004
(212) 820-7700 (Telephone)
(212) 820-7740 (Facsimile)
amagedoff@bswb.com

Attorneys for XL Specialty Insurance Company

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,            :
                                           :
                    Plaintiff,             :
                                           :
          v.                               :    No. 08-CV-3821 (GEL)
                                           :
JOHN D. AGOGLIA, et al.                    :    **AFFIDAVIT OF SERVICE**
                                           :
                                           :
                    Defendants.            :
----------------------------------------------------------------x

  I, Ari R. Magedoff, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

  1. On July 16, 2008 I caused a copy of the SUPPLEMENTAL AFFIDAVIT OF JAMES SANDNES to be served upon all parties who have not yet registered to receive e-notices in the above-captioned action by depositing true copies of same into the custody of the United States Postal Service, addressed to their counsel as follows:

| Party | Counsel |
| --- | --- |
| Stephen Grady | Lawrence J. Kotler, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103 |

   I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2008.

Dated: July 17, 2008

                  _____
                  Ari R. Magedoff (AM-1117)

Sworn to before me this 17th
day of July, 2008

_____
Notary Public

MICHELLE A. DIAZ
Notary Public, State of New York
No. 01DI5061417
Qualified in Kings County
Commission Expires 6/10/2010