USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XL SPECIALTY INSURANCE COMPANY,

        Plaintiff,

v.

JOHN D. AGOGLIA, et al.,

        Defendants.

---

Case No. 08-CV-3821 (GEL)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties herein, that:

1. The time for Defendant Joseph Murphy to answer, move, or otherwise respond to the Complaint in the above-captioned action is hereby extended to and including July 24, 2008;

2. A signed copy of this Stipulation transmitted by electronic means will be deemed an original and may be so-filed with the Court.

Dated: July 14, 2008
New York, New York

BOUNDAS, SKARZYNSKI, WALSH & BLACK LLC

By: _____
Ari R. Magedoff (AM-1117)
One Battery Park Plaza, 32nd Floor
New York, New York 10004
(212) 820-7700

*Attorneys for Plaintiff XL Specialty Insurance Company*

SAUL EWING LLP

By: _____
John J. Jerome (JJ-2413)
245 Park Avenue
24th Floor
New York, New York 10167
(212) 672-1915

*Attorneys for Defendant Joseph Murphy*

IT IS SO ORDERED:

_____
Gerard E. Lynch, U.S.D.J.

7/21/08