UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,    :
                                   :
                    Plaintiff,     :
                                   :   No. 08-CV-3821 (GEL)
         v.                        :
                                   :   STIPULATION OF PARTIAL
JOHN D. AGOGLIA, et al.,            :   DISCONTINUANCE WITH
                                   :   PREJUDICE
                                   :
                    Defendants.    :
-------------------------------------------------------x



Plaintiff XL Specialty Insurance Company ("XL") and Defendant Santo C. Maggio ("Maggio"), by and through their undersigned attorneys, jointly file this Stipulation of Partial Discontinuance with Prejudice.

**WHEREAS**, certain individuals have sought coverage under the "XL Policy" for the "Underlying Matters," as those terms are defined in the Complaint for Declaratory Judgment (the "Complaint") filed by XL on April 22, 2008;

**WHEREAS**, Maggio has acknowledged that he presently is not seeking, and will not seek in the future, coverage under the XL Policy for the Underlying Matters or for any other demand, action, proceeding or investigation, including, but not limited to, any demand, action, proceeding or investigation based upon, arising out of, or involving the facts and circumstances underlying or alleged in any of the Underlying Matters; and

**WHEREAS**, no party to this action is an infant, incompetent or person for whom a committee has been appointed.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, who have been duly authorized by XL and Maggio to enter into this Stipulation as follows:

1. Maggio waives formal service of process under F.R.Civ.P. Rule 4 and acknowledges service and receipt of XL's Summons and Complaint on June 27, 2008;

2. Maggio relinquishes, waives and forever releases any and all claims that he may have had, have now or have in the future for coverage or payment under the XL Policy for the Underlying Matters or for any other demand, action, proceeding or investigation, including, but not limited to, any matter based upon, arising out of, or involving the facts and circumstances underlying or alleged in any of the Underlying Matters;

3. Maggio agrees that he is not now and will not ever seek coverage or payment under the XL Policy for any demand, action, proceeding or investigation, including, but not limited to, any matter based upon, arising out of, or involving the facts and circumstances underlying or alleged in any of the Underlying Matters;

4. XL's cause of action asserted in the Complaint is discontinued with prejudice as against Maggio only; and

5. Each party shall bear its or his respective attorneys' fees and costs incurred in connection with this action and any other coverage litigation between the parties.

Dated:   New York, New York
         July 1, 2008

HUNTON & WILLIAMS, LLP

By: _____
    Scott E. Hershman (SH-8260)
    Stephen Blacklocks (SB-4395)
    Richard Soto (RS-9661)

200 Park Avenue – 52nd Flr.
New York, New York 10166
Phone: (212) 309-1000
Fax: (212) 309-1100

*Attorneys for Defendant*
  Santo C. Maggio

BOUNDAS, SKARZYNSKI, WALSH & BLACK LLC

By: _____
    Jill M. Levy (JL-6040)

One Battery Park Plaza, 32nd Floor
New York, NY 10004
Phone: (212) 820-7700
Fax: (212) 820-7740

*Attorneys for Plaintiff*
  XL Specialty Insurance Company

IT SO ORDERED:

_____
U.S.D.J.
7/21/08

3