UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
XL SPECIALTY INSURANCE COMPANY,

        Plaintiff,

    v.

JOHN D. AGOGLIA, PHILLIP R. BENNETT,
LEO R. BEITMAN, EDWIN L. COX,
SUKHMEET DHILLON, THOMAS H.
DITTMER, NATHAN GANTCHER,
STEPHEN GRADY, TONE GRANT,
THOMAS HACKL, DAVID V. HARKINS,
SCOTT L. JAECKEL, DENNIS A. KLEJNA,
THOMAS H. LEE, ERIC G. LIPOFF, SANTO
C. MAGGIO, PETER MCCARTHY, JOSEPH
MURPHY, FRANK MUTTERER, RONALD
L. O'KELLEY, RICHARD N. OUTRIDGE,
SCOTT A. SCHOEN, WILLIAM M.
SEXTON, GERALD SHERER, PHILIP
SILVERMAN, AND ROBERT C. TROSTEN,

        Defendants.
------------------------------------------------------------ x

No. 08-CV-3821 (GEL)

*Electronically Filed*

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendant Joseph Murphy in the above-captioned action and requests that a copy of all future papers related to this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       July 23, 2008

                                               Harvey Fishbein (HF-1219)
                                               61 Broadway, Suite 1601
                                               New York, New York 10006
                                               (212) 233-9555
                                               (212) 267-3024 (fax)
                                               hf@harveyfishbein.com
                                               *Attorney for Defendant Joseph Murphy*