UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,    :
:
            Plaintiff,    :
:    No. 08-CV-3821 (GEL)
    v.    :
:    **STIPULATION OF PARTIAL**
JOHN D. AGOGLIA, et al.,    :    **DISCONTINUANCE WITH**
:    **PREJUDICE**
:
            Defendants.    :
-------------------------------------------------------------x

      Plaintiff XL Specialty Insurance Company ("XL") and Defendant Edwin L. Cox ("Cox"), by and through their undersigned attorneys, jointly file this Stipulation of Partial Discontinuance with Prejudice.

      **WHEREAS**, the parties have reached a settlement and release agreement as to Cox;

      **WHEREAS**, no party to this action is an infant, incompetent or person for whom a committee has been appointed.

      **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, who have been duly authorized by XL and Cox to enter into this Stipulation as follows:

      1. Cox waives formal service of process under F.R.Civ.P. Rule 4 and acknowledges service and receipt of XL's Summons and Complaint on April 24, 2008;

      2. XL's cause of action asserted in the Complaint is discontinued with prejudice as against Cox only; and

3. Each party shall bear its or his respective attorneys' fees and costs incurred in connection with this action and any other coverage litigation between the parties.

Dated:   New York, New York
         July 23 2008

KUGLE SKELTON & BENNETT PC

By: _____
    Martin R. Bennett (    )

130 E. Corsicana, Ste. 302
Athens, TX 75751
Phone: (903) 675-5151
Fax: (903) 677-4950

*Attorneys for Defendant*
  Edwin L. Cox

BOUNDAS, SKARZYNSKI, WALSH &
BLACK LLC

By: _____
    Jill M. Levy (JL-6040)

One Battery Park Plaza, 32nd Floor
New York, NY 10004
Phone: (212) 820-7700
Fax: (212) 820-7740

*Attorneys for Plaintiff*
  XL Specialty Insurance Company

IT SO ORDERED:

_____
U.S.D.J.
7/25/08