UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

XL SPECIALTY INSURANCE COMPANY,

                    Plaintiff,

         v.

JOHN D. AGOGLIA, et al.,

                Defendants.

-------------------------------------------------------------x

No. 08-CV-3821 (GEL)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

     1.    Lawrence S. Lustberg, Esq., Gibbons P.C., as counsel for Defendant Frank Mutterer (the "Stipulating Defendant(s)"), is authorized to accept, and has accepted, service of process of the Summons and Complaint in the above-captioned matter on behalf of the Stipulating Defendant(s).

     2.    For the purpose of Fed. R. Civ. P. 4(l) this Stipulation constitutes proof of service.

     3.    The time for the Stipulating Defendant(s) to answer, move or otherwise respond to the Complaint is extended to and including June 23, 2008.

4.    A signed copy of this Stipulation transmitted by electronic means will be

deemed an original and may be so-filed with the Court.


Dated:        New York, New York
              June 1̇9, 2008


GIBBONS P.C.                              BOUNDAS, SKARZYNSKI, WALSH &
                                          BLACK LLC

By:_____               By:_____
    Lawrence S. Lustberg (      )             Ari R. Magedoff (AM-1117)
One Gateway Center                        One Battery Park Plaza, 32nd Floor
Newark, NJ 07102                          New York, NY 10004
(973) 596-4731                            (212) 820-7700

Attorneys for Defendant                   Attorneys for Plaintiff
Frank Mutterer                            XL Specialty Insurance Company


IT IS SO ORDERED:

_____
U.S.D.J.
              7/25/08

2