UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
XL SPECIALTY INSURANCE COMPANY,

                        Plaintiff,

      v.

JOHN D. AGOGLIA, et al.,

                        Defendants.
-------------------------------------------------------

Case No. 08-CV-3821 (GEL)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties herein, that:

1.    The time for XL Specialty Insurance Company to reply, move or otherwise respond to the Defendants' Counterclaims in the above-captioned action is hereby extended to and including August 14, 2008;

2.    A signed copy of this Stipulation transmitted by electronic means will be deemed an original and may be so-filed with the Court.

Dated: August 1, 2008
        New York, New York

BOUNDAS, SKARZYNSKI, WALSH & BLACK LLC

By: _____
Ari R. Magedoff (AM-1117)
One Battery Park Plaza, 32nd Floor
New York, New York 10004
Tel: (212) 820-7700

*Attorneys for Plaintiff and Counterclaim Defendant XL Specialty Insurance Company*

ZUCKERMAN SPAEDER LLP

By: _____
Norman L. Eisen
Laura E. Neish (LN-0040)
1540 Broadway, Suite 1604
New York, New York 10036
Tel.: (212) 704-9600

*Attorneys for Defendant and Counterclaim Plaintiff Tone N. Grant*

1861126.1

| | |
|---|---|
| GAGE SPENCER & FLEMING, LLP<br><br>By: _____<br>William Fleming (WF-0411)<br>410 Park Avenue, 9th Floor<br>New York, New York 10022<br>Tel: (212) 768-4900<br><br>*Attorneys for Defendant and Counterclaim Plaintiffs John D. Agoglia and Peter McCarthy* | FRIEDMAN & WITTENSTEIN,<br>A Professional Corporation<br><br>By: _____<br>Ivan Kline (IK-4591)<br>600 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 750-8700<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs William M. Sexton and Gerald Sherer* |
| HELLER EHRMAN LLP<br><br>By: _____<br>Richard Cashman (RC-4769)<br>Time Square Tower<br>7 Time Square<br>New York, New York 10036<br>Tel: (212) 832-8300<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Philip Silverman* | PROSKAUER ROSE, LLP<br><br>By: _____<br>Claire P. Gutekunst (CG-0117)<br>1585 Broadway<br>New York, New York 10036<br>Tel: (212) 969-3000<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Richard N. Outridge* |
| HARVEY FISHBEIN, ESQ.<br><br>By: _____<br>Harvey Fishbein, Esq. (HF-1219)<br>61 Broadway, Suite 1601<br>New York, NY 10006<br>Tel: (212) 233-9555<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Joseph Murphy* | WEIL, GOTSHAL & MANGES LLP<br><br>By: _____<br>Greg A. Danilow (GD-1621)<br>Michael F. Walsh (MW-8000)<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel: (212) 310-8182<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley and Scott A. Schoen* |

| | |
|---|---|
| GAGE SPENCER & FLEMING, LLP<br><br>By: _____<br>William Fleming (WF-0411)<br>410 Park Avenue, 9th Floor<br>New York, New York 10022<br>Tel: (212) 768-4900<br><br>*Attorneys for Defendant and Counterclaim Plaintiffs John D. Agoglia and Peter McCarthy* | FRIEDMAN & WITTENSTEIN,<br>A Professional Corporation<br><br>By: _____ *[signature]*<br>Ivan Kline (IK-4591)<br>600 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 750-8700<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs William M. Sexton and Gerald Sherer* |
| HELLER EHRMAN LLP<br><br>By: _____<br>Richard Cashman (RC-4769)<br>Time Square Tower<br>7 Time Square<br>New York, New York 10036<br>Tel: (212) 832-8300<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Philip Silverman* | PROSKAUER ROSE, LLP<br><br>By: _____<br>Claire P. Gutekunst (CG-0117)<br>1585 Broadway<br>New York, New York 10036<br>Tel: (212) 969-3000<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Richard N. Outridge* |
| HARVEY FISHBEIN, ESQ.<br><br>By: _____<br>Harvey Fishbein, Esq. (HF-1219)<br>61 Broadway, Suite 1601<br>New York, NY 10006<br>Tel: (212) 233-9555<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Joseph Murphy* | WEIL, GOTSHAL & MANGES LLP<br><br>By: _____<br>Greg A. Danilow (GD-1621)<br>Michael F. Walsh (MW-8000)<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel: (212) 310-8182<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley and Scott A. Schoen* |

| | |
|---|---|
| GAGE SPENCER & FLEMING, LLP<br><br>By: _____<br>William Fleming (WF-0411)<br>410 Park Avenue, 9th Floor<br>New York, New York 10022<br>Tel: (212) 768-4900<br><br>*Attorneys for Defendant and Counterclaim Plaintiffs John D. Agoglia and Peter McCarthy* | FRIEDMAN & WITTENSTEIN,<br>A Professional Corporation<br><br>By: _____<br>Ivan Kline (IK-4591)<br>600 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 750-8700<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs William M. Sexton and Gerald Sherer* |

GAGE SPENCER & FLEMING, LLP

By: _____
William Fleming (WF-0411)
410 Park Avenue, 9th Floor
New York, New York 10022
Tel: (212) 768-4900

*Attorneys for Defendant and Counterclaim Plaintiffs John D. Agoglia and Peter McCarthy*

FRIEDMAN & WITTENSTEIN,
A Professional Corporation

By: _____
Ivan Kline (IK-4591)
600 Lexington Avenue
New York, New York 10022
Tel: (212) 750-8700

*Attorneys for Defendants and Counterclaim Plaintiffs William M. Sexton and Gerald Sherer*

HELLER EHRMAN LLP

By: */s/ Richard Cashman*
Richard Cashman (RC-4769)
Time Square Tower
7 Time Square
New York, New York 10036
Tel: (212) 832-8300

*Attorneys for Defendant and Counterclaim Plaintiff Philip Silverman*

PROSKAUER ROSE, LLP

By: _____
Claire P. Gutekunst (CG-0117)
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000

*Attorneys for Defendant and Counterclaim Plaintiff Richard N. Outridge*

HARVEY FISHBEIN, ESQ.

By: _____
Harvey Fishbein, Esq. (HF-1219)
61 Broadway, Suite 1601
New York, NY 10006
Tel: (212) 233-9555

*Attorneys for Defendant and Counterclaim Plaintiff Joseph Murphy*

WEIL, GOTSHAL & MANGES LLP

By: _____
Greg A. Danilow (GD-1621)
Michael F. Walsh (MW-8000)
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8182

*Attorneys for Defendants and Counterclaim Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley and Scott A. Schoen*

2

GAGE SPENCER & FLEMING, LLP

By: _____
William Fleming (WF-0411)
410 Park Avenue, 9th Floor
New York, New York 10022
Tel: (212) 768-4900

*Attorneys for Defendant and Counterclaim Plaintiffs John D. Agoglia and Peter McCarthy*


HELLER EHRMAN LLP

By: _____
Richard Cashman (RC-4769)
Time Square Tower
7 Time Square
New York, New York 10036
Tel: (212) 832-8300

*Attorneys for Defendant and Counterclaim Plaintiff Philip Silverman*


HARVEY FISHBEIN, ESQ.

By: _____
Harvey Fishbein, Esq. (HF-1219)
61 Broadway, Suite 1601
New York, NY 10006
Tel: (212) 233-9555

*Attorneys for Defendant and Counterclaim Plaintiff Joseph Murphy*


FRIEDMAN & WITTENSTEIN,
A Professional Corporation

By: _____
Ivan Kline (IK-4591)
600 Lexington Avenue
New York, New York 10022
Tel: (212) 750-8700

*Attorneys for Defendants and Counterclaim Plaintiffs William M. Sexton and Gerald Sherer*


PROSKAUER ROSE, LLP

By: *Claire P. Gutekunst* (signature)
Claire P. Gutekunst (CG-0117)
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000

*Attorneys for Defendant and Counterclaim Plaintiff Richard N. Outridge*


WEIL, GOTSHAL & MANGES LLP

By: _____
Greg A. Danilow (GD-1621)
Michael F. Walsh (MW-8000)
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8182

*Attorneys for Defendants and Counterclaim Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley and Scott A. Schoen*

2

| | |
|---|---|
| GAGE SPENCER & FLEMING, LLP | FRIEDMAN & WITTENSTEIN, A Professional Corporation |
| By: _____<br>William Fleming (WF-0411)<br>410 Park Avenue, 9th Floor<br>New York, New York 10022<br>Tel: (212) 768-4900 | By: _____<br>Ivan Kline (IK-4591)<br>600 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 750-8700 |
| *Attorneys for Defendant and Counterclaim Plaintiffs John D. Agoglia and Peter McCarthy* | *Attorneys for Defendants and Counterclaim Plaintiffs William M. Sexton and Gerald Sherer* |
| HELLER EHRMAN LLP | PROSKAUER ROSE, LLP |
| By: _____<br>Richard Cashman (RC-4769)<br>Time Square Tower<br>7 Time Square<br>New York, New York 10036<br>Tel: (212) 832-8300 | By: _____<br>Claire P. Gutekunst (CG-0117)<br>1585 Broadway<br>New York, New York 10036<br>Tel: (212) 969-3000 |
| *Attorneys for Defendant and Counterclaim Plaintiff Philip Silverman* | *Attorneys for Defendant and Counterclaim Plaintiff Richard N. Outridge* |
| HARVEY FISHBEIN, ESQ.<br>By: /s/ _____<br>Harvey Fishbein, Esq. (HF-1219)<br>61 Broadway, Suite 1601<br>New York, NY 10006<br>Tel: (212) 233-9555 | WEIL, GOTSHAL & MANGES LLP<br>By: _____<br>Greg A. Danilow (GD-1621)<br>Michael F. Walsh (MW-8000)<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel: (212) 310-8182 |
| *Attorneys for Defendant and Counterclaim Plaintiff Joseph Murphy* | *Attorneys for Defendants and Counterclaim Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley and Scott A. Schoen* |

By: _____
William Fleming (WF-0411)
410 Park Avenue, 9th Floor
New York, New York 10022
Tel: (212) 768-4900

*Attorneys for Defendant and Counterclaim Plaintiffs John D. Agoglia and Peter McCarthy*

HELLER EHRMAN LLP

By: _____
Richard Cashman (RC-4769)
Time Square Tower
7 Time Square
New York, New York 10036
Tel: (212) 832-8300

*Attorneys for Defendant and Counterclaim Plaintiff Philip Silverman*

HARVEY FISHBEIN, ESQ.

By:_____
Harvey Fishbein, Esq. (HF-1219)
61 Broadway, Suite 1601
New York, NY 10006
Tel: (212) 233-9555

*Attorneys for Defendant and Counterclaim Plaintiff Joseph Murphy*

By: _____
Ivan Kline (IK-4591)
600 Lexington Avenue
New York, New York 10022
Tel: (212) 750-8700

*Attorneys for Defendants and Counterclaim Plaintiffs William M. Sexton and Gerald Sherer*

PROSKAUER ROSE, LLP

By: _____
Claire P. Gutekunst (CG-0117)
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000

*Attorneys for Defendant and Counterclaim Plaintiff Richard N. Outridge*

WEIL, GOTSHAL & MANGES LLP

By: _/s/_____
Greg A. Danilow (GD-1621)
Michael F. Walsh (MW-8000)
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8182

*Attorneys for Defendants and Counterclaim Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley and Scott A. Schoen*

2

KATTEN MUCHIN ROSENMAN LLP

By: *[signature]*
Helen Kim (HK-8757)
2029 Century Park East
Suite 2600
Los Angeles, CA 90067
Tel: (310) 788-4400

Philip A. Nemecek (PN-3319)
575 Madison Ave.
New York, NY 10022
Tel: (212) 940-8834

*Attorneys for Defendant and Counterclaim Plaintiff Dennis A. Klejna*

IT SO ORDERED:

*[signature]*
Gerard E. Lynch, United States District Judge
8/6/08

3