UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,                :
                                               :
                Plaintiff,                     :
                                               :
        v.                                     :   No. 08-CV-3821 (GEL)
                                               :
JOHN D. AGOGLIA, PHILLIP R. BENNETT,           :
LEO R. BREITMAN, EDWIN L. COX,                 :
SUKHMEET DHILLON, THOMAS H.                    :
DITTMER, NATHAN GANTCHER, STEPHEN              :
GRADY, TONE GRANT, THOMAS HACKL,               :
DAVID V. HARKINS, SCOTT L. JAECKEL,            :
DENNIS A. KLEJNA, THOMAS H. LEE,               :
ERIC G. LIPOFF, SANTO C. MAGGIO,               :
PETER MCCARTHY, JOSEPH MURPHY,                 :
FRANK MUTTERER, RONALD L. O'KELLEY,            :
RICHARD N. OUTRIDGE, SCOTT A.                  :
SCHOEN, WILLIAM M. SEXTON, GERALD              :
SHERER, PHILIP SILVERMAN, AND                  :
ROBERT C. TROSTEN,                             :
                                               :
                Defendants.                    :
----------------------------------------------------------------x

### REPLY AFFIDAVIT OF JAMES SANDNES

State of New York      )
                       ): ss.
County of New York     )

James Sandnes, being duly sworn, deposes and says:

1.      I am a member of the bar of this Court and the firm of Boundas, Skarzynski, Walsh & Black, LLC, counsel for XL Specialty Insurance Company ("XL") in this action for declaratory judgment. I make this affidavit to bring before the Court certain documents relevant to XL's motion for summary judgment.

2. On April 17, 2008, the former President of Refco Group Ltd. LLC, Tone Grant ("Grant"), was convicted, by a jury of this Court, of conspiracy, securities fraud, wire fraud, bank fraud and money laundering arising out of the same wrongdoing to which Phillip Bennett, Robert Trosten and Santo Maggio confessed. On August 7, 2008, Grant was sentenced to 10 years in prison in connection with his conviction. A true and correct copy of the relevant portion of the sentencing transcript is annexed hereto as Exhibit 36.

_____
James Sandnes

Sworn to before me this 15th
day of August, 2008

_____
Notary Public

ARI R. MAGEDOFF
Notary Public, State of New York
No. 02MA6150477
Qualified in New York County
Commission Expires July 31, 20 /0

887RGRAS

1

887rgras
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA

     v.                      05 Cr. 1192 (NRB)

TONE N. GRANT,
                              Sentence
         Defendant.

------------------------------x

                              New York, N.Y.
                              August 7, 2008
                              11:00 a.m.
Before:

   HON. NAOMI REICE BUCHWALD

                              District Judge

   APPEARANCES

MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
CHRISTOPHER L. GARCIA
NEIL M. BAROFSKY
    Assistant United States Attorneys

ROGER ZUCKERMAN, ESQ.
AITAN GOELMAN, ESQ.
NORMAN ELSEN, ESQ.
    Attorneys for Defendant

                SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

2

887rgras                Sentence
      (Case called)
      THE CLERK:  Is the government ready to proceed?
      MR. GARCIA:  Yes.  Good morning, your Honor.  On
behalf of the government, Christopher Garcia and Neil Barofsky.
Sitting with us at counsel table is Mary Beth Allen, our
paralegal.
      THE CLERK:  Is the defense ready to proceed?
      MR. ZUCKERMAN:  Good morning, your Honor.  We are.
I'm Roger Zuckerman.  I'm accompanied by my partner Aitan
Goelman, by Benjamin Block, and my partner Norman Elsen.  And
of course Mr. Grant is here.  We're ready to proceed.
                      Page 1

887RGRAS

1   The second is that within three weeks of Mr. Bennett's
2   arrest, Mr. Grant transferred the house to his wife, from whom
3   he had been separated many years, and transferred an apartment
4   to a long-time friend. These are not the acts of a guilt-free
5   mind.
6       We have now discussed many of the important matters
7   which weigh on the negative side of the ledger. There is no
8   question but that Mr. Grant has many traits and accomplishments
9   that weigh on the positive side of the ledger. These include
10  his military service, his founding and continued support of the
11  Music City Track Club, his other charitable contributions, and
12  his contributions to his college, Yale, his law school,
13  Vanderbilt, and the Marine Corps, among others, and his
14  financial and emotional support of his wife, stepchildren, and
15  stepgrandchildren.
16      But as we credit Mr. Grant for his life's work, we
17  must also consider the opportunities he had and the training
18  and knowledge those opportunities gave him. That education and
19  his work experience taught him that what he did violated the
20  law. Nevertheless, he made the moral choice over and over
21  again to join with Bennett, not to extricate himself from the
22  fraud, and to profit from the activities which he had to know
23  were legally, ethically, and morally wrong. Regardless of
24  whether he chose to blow the whistle or to come clean, he
25  always had the chance to walk away.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

49

887rgras                Sentence

1       I sentence you, Mr. Grant, with a view that Mr.
2   Bennett was more culpable but not as disproportionately so as
3   your lawyers would suggest given your irreplaceable role in
4   this fraud. I also sentence you with the hope that this
5   sentence will deter others who might think that it is excusable
6   to not get their hands as dirty but nevertheless profit
7   enormously from the dirty work of others.
8       Accordingly, having considered all the sentencing
9   submissions and, as I said earlier, having read every letter
10  submitted on Mr. Grant's behalf, I sentence Mr. Grant to a
11  total of 10 years in custody. That breaks down as 5 years on
12  Count One and 10 years each on Counts Two, Three, Four, and
13  Five, all to run concurrently.
14      There is, further, a period of supervised release of 3
15  years on all counts, to run concurrently. In light of the
16  forfeiture, there is no fine. I assume that any restitution
17  order will be deferred. And there is a special assessment of
18  $500.
19      I welcome any requests with respect to a place of
20  confinement.
21      MR. ZUCKERMAN: I'm sorry?
22      THE COURT: I said I welcome any suggestions that you
23  have with respect to a place of confinement.
24      MR. ZUCKERMAN: I have none today, your Honor. I
25  would ask if the Court would permit a self-surrender of the

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

50

887rgras                Sentence

1   defendant.
2       THE COURT: I don't have any problem with that. By
3   the way, something I don't know, what are Mr. Grant's bail
4   conditions?
5       MR. ZUCKERMAN: He is on a $10 million bond co-signed

Page 23