James T. Sandnes (JS-8944)
Ari R. Magedoff (AM-1117)
BOUNDAS, SKARZYNSKI,
  WALSH & BLACK LLC
One Battery Park Plaza
New York, New York 10004
(212) 820-7700 (Telephone)
(212) 820-7740 (Facsimile)
amagedoff@bswb.com

Attorneys for XL Specialty Insurance Company

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,          :
                                          :
                    Plaintiff,            :
                                          :
          v.                              :        No. 08-CV-3821 (GEL)
                                          :
JOHN D. AGOGLIA, et al.                   :        **AFFIDAVIT OF SERVICE**
                                          :
                                          :
                    Defendants.           :
------------------------------------------------------------x

    I, Ari R. Magedoff, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

    1.    On August 15, 2008 I caused a copy of the REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF PLAINTIFF, XL SPECIALTY INSURANCE CO., FOR SUMMARY JUDGMENT, REPLY AFFIDAVIT OF JAMES SANDNES and SWORN RESPONSE DECLARATION OF HENRY TOOLAN to be served upon all parties who have not yet registered to receive e-notices in the above-captioned action by depositing true copies of same into the custody of the United States Postal Service, addressed as follows:

| Party |
|---|
| Mr. Frank Mutterer<br>2043 Bay Blvd.<br>Seaside Heights, NJ 08751-1001 |

    I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2008.

Dated: September 3, 2008

                                                Ari R. Magedoff (AM-1117)

Sworn to before me this 3rd
day of September, 2008

_____
Notary Public

**MICHELLE A. DIAZ**
Notary Public, State of New York
No. 01DI5061417
Qualified in Kings County
Commission Expires 6/10/2010

4838-8472-6274, v. 1