UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

XL SPECIALTY INSURANCE COMPANY,

               Plaintiff,

-v-

JOHN D. AGOGLIA et al.,

               Defendants.

-----------------------------------------------------------x



08 Civ. 3821 (GEL)
**ORDER**

GERARD E. LYNCH, District Judge:

      On November 17, 2008, plaintiff made a motion for an order (1) directing expedient service upon defendant Sukhmeet Dhillon or, in the alternative (2) granting XL permission to propound interrogatories on counsel of Dhillon in other Refco matters such that XL may ascertain the whereabouts of Dhillon to effect service, and (3) in either event, granting plaintiff an additional 90 day extension of the time within which it may serve the summons and complaint. This motion was never received in chambers and so was never granted and the 90 day period has lapsed. Because plaintiff has advised that it still seeks to serve Dhillon, this Court now directs expedient service upon Dhillon and grants plaintiff until July 21, 2009 to serve him. No further extensions will be granted absent extraordinary circumstances

SO ORDERED.

Dated:  New York, New York
          April 21, 2009

                                                     GERARD E. LYNCH
                                                United States District Judge