```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
XL SPECIALTY INSURANCE COMPANY,                             :
                                                            :
                         Plaintiff,                         :
                                                            :
        -v-                                                 :   08 Civ. 3821 (GEL)
                                                            :
JOHN D. AGOGLIA et al.,                                     :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------x
                                                            :
JOSEPH MURPHY et al.                                        :
                                                            :
                         Plaintiffs,                        :
                                                            :
        -v-                                                 :   08 Civ. 4196 (GEL)
                                                            :
ALLIED WORLD ASSURANCE COMPANY                              :       ORDER
(U.S.), INC. and ARCH INSURANCE                             :
COMPANY,                                                    :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------x
                                                            :
ARCH INSURANCE COMPANY,                                     :
                                                            :
                         Plaintiff,                         :
        -v-                                                 :   08 Civ. 5252 (GEL)
                                                            :
JOHN D. AGOGLIA et al.,                                     :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------x
```

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/30/09]

GERARD E. LYNCH, District Judge:

    It has been brought to the Court's attention that, due to a scanning error, the version of the Court's Opinion and Order dated March 2, 2009, that was docketed and filed on XL Speciality Co. v. Agoglia et al.'s docket as document #99; on Murphy et al. v. Allied World

Assurance Co. (U.S.), Inc. & Arch Insurance Co.,'s docket as document #59; and on Arch Insurance Co. v. Agoglia et al's docket as document #57, was missing several paragraphs from its penultimate page.

Accordingly, it is hereby ORDERED that the accompanying copy of the correct text of the Court's opinion be docketed and provided to the parties, to replace the previous version of the Opinion.

SO ORDERED.

Dated: New York, New York
       April 30, 2009

_____
GERARD E. LYNCH
United States District Judge