USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1·13·10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,

           Plaintiff,

   v.

JOHN D. AGOGLIA, et al.,

           Defendants.
-----------------------------------------------------------x

No. 08-CV-3821 (JSR)

SPECIAL MASTER ORDER OF 1/4/10

IT IS HEREBY ORDERED that:

1. Absent further Order of the Court, discovery in the above-captioned matter shall be closed as of December 31, 2009.

2. XL shall file its motion for summary judgment on or before January 6, 2010.

3. The parties shall meet and confer regarding a briefing schedule on XL's motion for summary judgment and any cross-motion for summary judgment by any or all of the Defendants.

Dated: January 4th, 2010

IT SO ORDERED

[signature]

RONALD J. HEDGES, SPECIAL MASTER