USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1·13·10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY, :
:
                Plaintiff, :
: No. 08-CV-3821 (JSR)
      v. :
:
JOHN D. AGOGLIA, et al., :
:
                Defendants. :
------------------------------------------------------------x

## SPECIAL MASTER'S ORDER ON BRIEFING AND HEARING OF DISPOSITIVE MOTIONS IN *XL SPECIALTY INSURANCE CO. V. AGOGLIA, ET AL.*

Having heard telephonic argument from the parties, it hereby Ordered that the briefing schedule on the dispositive motions shall be:

1.     Defendants shall file their opposition to XL Specialty Insurance Co.'s ("XL") summary judgment motion and/or their cross-motion(s) for summary judgment by February 4, 2010.

2.     XL shall file its Reply in support of its motion for summary judgment and its opposition to any cross-motion(s) by February 11, 2010.

3.     Defendants shall file a Reply solely in relation to issues raised in their cross-motion(s) by February 18, 2010.

4.     Promptly after filing of their final papers, Defendants' counsel shall supply a courtesy copy of the complete papers on the motions. For that purpose, prior to February 18, 2010, counsel for XL shall supply a counsel designated by Defendants with one copy of all of its paper on the motion.

5. Hearing of the motions shall be held on ___3/23___, 2010 at a location to be determined by the Court. [2 PM]

Dated: January 13, 2010

IT SO ORDERED:

_____
HON. RONALD J. HEDGES, SPECIAL MASTER

4846-2334-6437

2